**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MIGUEL GARCIA BAEZA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2081-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 7, 2026, Miguel Garcia Baeza filed a Petition for a Writ of Habeas Corpus, ECF No. 3, alleging that he is unlawfully held in immigration custody. The Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Aug. 11, 2026, Order 4–5, ECF No. 2.

On August 18, Respondents filed a Response, ECF No. 5, in which they state that Garcia Baeza was given a bond hearing on February 24, 2026, and denied bond on the basis of flight risk. *Id.* at 8; *see id.* Ex. C ("IJ Order"), ECF No. 5-3. And that, in April and July, Garcia Baeza requested custody redeterminations, but these requests were both denied for "fail[ure] to show a change in circumstances warranting a new bond hearing." Resp. 8.

Accordingly, the Court **ORDERS** that Garcia Baeza shall **FILE** a reply to Respondents' Response, **by no later than September 9, 2026**, stating whether he in fact received a bond hearing on February 24, 2026, and if so, whether he disputes that the immigration judge made factual findings and an individualized determination in his case. He shall submit any evidence in support of his position.

**SO ORDERED**.

SIGNED this 19th day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE